**Thomas Wayne GRIGGS,
Plaintiff–Appellant,**

v.

**Lloyd L. WATERS; Commissioner of
Corrections; Attorney General for the
State of Maryland; Commissioner
Sondervan; Captain Stottlemyer, De-
fendants–Appellees.**

No. 01–8012.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 27, 2002.

Thomas Wayne Griggs, Appellant Pro
Se. John Joseph Curran, Jr., Attorney
General, David Phelps Kennedy, Office of
the Attorney General of Maryland, Balti-
more, Maryland, for Appellees.

Before WIDENER, LUTTIG, and
GREGORY, Circuit Judges.

PER CURIAM.

Thomas Wayne Griggs appeals the dis-
trict court's order denying relief on his 42
U.S.C.A. § 1983 (West Supp.2001) com-
plaint. We have reviewed the record and
the district court's opinion and find no
reversible error. Accordingly, we affirm
on the reasoning of the district court. *See
Griggs v. Waters,* No. CA–01–27–AW
(D.Md. Nov. 7, 2001). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*